IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RICHARD W. PARKS,                    )
                                     )
         Pro Se Plaintiff,           )
                                     )
         v.                          )    1:06CV524
                                     )
DEERE-HITACHI CONSTRUCTION           )
MACHINERY CORPORATION,               )
                                     )
         Defendant.                  )

### J U D G M E N T

**Eliason, Magistrate Judge**

For the reasons set out in a Memorandum Opinion and Order entered contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that Defendant Deere-Hitachi Construction Machinery Corporation's motion for summary judgment (docket no. 26) is granted, and that this action be, and the same hereby is, dismissed.

_____
United States Magistrate Judge

August 17, 2007